# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CR-00269-RJC-DCK

| | |
|---|---|
| USA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| MIKE MONTREZ BLAKELY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 22), the Indictment, (Doc. No. 1), without prejudice, following his guilty plea to an Information filed in Case No. 3:17-cr-95.

**IT IS ORDERED** that the Government's motion, (Doc. No. 22), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: April 5, 2017

Robert J. Conrad, Jr.
United States District Judge